UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gregory Hill,
    Plaintiff

v.                    Case No.  1:15-cv-648

Arleen Nolan, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 8, 2015 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Plaintiff's complaint is **dismissed with prejudice**.

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore **DENIES** petitioner leave to appeal *in forma pauperis*.  See Callahan v. Schneider, 178 F.3d 800, 803 (6th Cir. 1999), *overruling in part Floyd v. United States Postal Serv.*, 105 F.3rd 274, 277 (6th Cir. 1997).

Date: December 21, 2015                    s/Sandra S. Beckwith
                                                   Sandra S. Beckwith, Senior Judge
                                                   United States District Court